FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

MAR 2 5 2008

DAVID J. MALAND, CLERK
BY
DEPUTY _____

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| BLAKE LINDSEY | § § § | |
| | § | CASE NO. 4:06cv234 |
| v. | § § | |
| COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION | § § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On March 5, 2008, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that the decision of the Administrative Law Judge be **REVERSED AND REMANDED**.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the same as the findings and conclusions of the court. It is, therefore,

**ORDERED** that the decision of the Administrative Law Judge is **REVERSED AND REMANDED**. All motions by either party not previously ruled on are hereby **DENIED**.

SIGNED this 24th day of March, 2008.

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE